UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT THERRIEN,

    Plaintiff,

v.                                                 Case No: 8:17-CV-2904-T-27TGW

SYNCHRONY BANK,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration (Dkt. 14). The Motion is **GRANTED** and this case is **STAYED** pending arbitration. The Clerk is directed to terminate any pending motions and **CLOSE** the file.

**DONE AND ORDERED** this 22 day of March, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record